# COURTROOM DEPUTY MINUTES
## MIDDLE DISTRICT OF ALABAMA

DATE: 2-12-2007

DIGITAL RECORDING: 3:31 - 3:49 pm
3:41 - 3:45 pm

- [x] INITIAL APPEARANCE
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [ ] ARRAIGNMENT
- [ ] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [ ] PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE: Moorer
DEPUTY CLERK: sql

CASE NO.: 2:07CR4-MHT
DEFT. NAME: JONATHAN KEITH THOMAS

USA: Brunson
ATTY: L. Smith

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO
( ) Stand In ONLY

USPTSO/USPO: Wood

Defendant _____ does __✓__ does NOT need an interpreter

Interpreter present __✓__ NO _____ YES   NAME: _____

- ☐ kars.
- ☑ kia.
- ☑ kcnsl.
- ☐
- ☑
- ☑ kfinaff.
- ☑ koappted
- ☐ k20appt.
- ☐
- ☐
- ☐
- ☐ kdmhrg.
- ☐ kotempdtn.
- ☐ kodtn.
- ☑ koeondrls.
- ☑ kbnd.
- ☐ kloc.(LC)
- ☐
- ☐ ko.
- ☐ kwvprl.
- ☐
- ☑ karr.
- ☐ krmknn.
- ☐ krmvhrg.
- ☐ kwvspt

Date of Arrest 2-12-07 or ☐ karsr40
Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
Deft. First Appearance with Counsel
Deft. First Appearance without Counsel
Requests appointed Counsel ☑ ORAL MOTION for Appointment of Counsel
Financial Affidavit executed ☐ to be obtained by PTSO
ORAL ORDER appointing Community Defender Organization - **Notice to be filed.**
Panel Attorney Appointed; ☐ to be appointed - prepare voucher
Deft. Advises he will retain counsel. Has retained _____
Government's ORAL (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
Government's WRITTEN Motion for Detention Hrg. filed.
Detention Hearing ☐ held; ☐ set for _____
**ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
**ORDER OF DETENTION PENDING TRIAL** entered
Release order entered. Deft. advised of conditions of release
☐ BOND EXECUTED (M/D AL charges) $25,000. Deft released (kloc LR)
☐ BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
Bond NOT executed. Deft to remain in Marshal's custody
Preliminary Hearing ☐ Set for _____
Deft. ORDERED REMOVED to originating district
Waiver of ☐ preliminary hearing; ☐ kwvr40hrg. (Waiver of R.40 Hearing)
Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
ARRAIGNMENT SET FOR: _____ ☑ HELD. Plea of **NOT GUILTY** entered.
☑ Set for 6-4-07 Trial Term; ☑ PRETRIAL CONFERENCE DATE: _____
DISCOVERY DISCLOSURES DATE: 2-12-07
NOTICE to retained Criminal Defense Attorney handed to Counsel
Identity/Removal Hearing set for _____
**Waiver of Speedy Trial Act Rights Executed**