IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 2:07cr04-MHT |
| | ) | |
| **JONATHAN KEITH THOMAS** | ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Donnie W. Bethel, and enters his appearance on behalf of Defendant, **Jonathan Keith Thomas**, in the above-styled case.

Dated this 16th day of February 2007.

                                                      Respectfully submitted,

                                                      s/ Donnie W. Bethel
                                                      DONNIE W. BETHEL
                                                      Assistant Federal Defender
                                                      201 Monroe Street, Suite 407
                                                      Montgomery, Alabama 36104
                                                      Phone: (334) 834-2099
                                                      Fax: (334) 834-0353
                                                      E-mail:don_bethel@fd.org
                                                      IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No.: 2:07cr04-MHT |
| | ) |
| JONATHAN KEITH THOMAS | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on February 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kent B. Brunson, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49