IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 2:07CR4-MHT |
| | ) | |
| JONATHAN KEITH THOMAS | ) | |

O R D E R

For good cause, it is

ORDERED that the pre-trial conference scheduled for 5/14/2007 is hereby RE-SCHEDULED for 4/2 /2007 at 11:00 a. m., Courtroom 4-A, United States Courthouse, 1 Church Street, Montgomery, Alabama, before the undersigned Magistrate Judge.

Done this the 21st March, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE