IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
     v.                     )   CRIMINAL ACTION NO.
                            )       2:07cr04-MHT
JONATHAN KEITH THOMAS       )
```

### ORDER

Currently before the court is defendant Jonathan Keith Thomas's motion to continue trial. Defense counsel states that "in light of his trial schedule and ... other cases that will go to trial," the court should grant a continuance in this case.

Defense counsel's personal administrative scheduling problems are not sufficient to warrant a continuance. If counsel's schedule is too full due to such problems, the federal public defender should assign new counsel to the defendant.

Defendant Thomas is entitled to a speedy trial, see 18 U.S.C. § 3161, and that right must be respected. Defense counsel's motion does not warrant "findings that

the ends of justice served by [a continuance] outweigh the best interest of the public and the defendant in a speedy trial." Id. § 3161(h)(8)(A).

Accordingly, defendant Jonathan Keith Thomas's motion to continue trial (doc. no. 14) is denied.

DONE, this the 15th day of May, 2007.

    /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE