IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:07cr04-MHT |
| | ) | |
| JONATHAN KEITH THOMAS | ) | |

**NOTICE OF INTENT TO CHANGE PLEA**

**COMES NOW** the Defendant, **JONATHAN KEITH THOMAS**, by Undersigned Counsel, Donnie W. Bethel, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty. Defendant waives his right to plead in front of a district judge and consents to do so before a magistrate judge.

1.  Mr. Thomas and the United States, by Assistant United States Attorney (AUSA) Kent Brunson, have agreed to the terms of a plea agreement, pursuant to Federal Rule of Criminal Procedure 11(c)(1)(B). As part of the plea agreement Mr. Thomas will plead to an information, rather than the indictment filed in this case.

2.  AUSA Brunson is out of the state and will return to the United States Attorney's Office on Friday, May 25, 2007. Other members of the United States Attorney's Office are preparing the necessary documents during AUSA Brunson's absence, but the interests of the parties will be best served if Mr. Thomas does not change his plea until AUSA Brunson returns to the United States Attorney's Office. Further, Undersigned Counsel will be out of the state all of next week. Therefore, if the Court can accommodate the parties, the parties request that the change of plea hearing in this case be scheduled for

Friday afternoon, May 25, 2007.

    Dated this 21st day of May, 2007.

                                      Respectfully submitted,

                                      s/ Donnie W. Bethel
                                      DONNIE W. BETHEL
                                      Assistant Federal Defender
                                      201 Monroe Street, Suite 407
                                      Montgomery, Alabama 36104
                                      Phone: (334) 834-2099
                                      Fax: (334) 834-0353
                                      E-mail:don_bethel@fd.org
                                      IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:07cr04-MHT |
| ) | |
| JONATHAN KEITH THOMAS ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent B. Brunson, Esq.
Assistant U. S. Attorney
One Court Square, Suite 201
Montgomery, Alabama  36104

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49