# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

UNITED STATES OF AMERICA

v.

JONATHAN KEITH THOMAS

WAIVER OF INDICTMENT

CASE NUMBER: 2:07cr04-MHT

I, __Jonathan Keith Thomas__, the above named defendant, who is accused of

VIOLATION OF TITLE 18 USC § 922(g)(1),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _25 May 2007_ prosecution by indictment and consent that the
Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer