PS 8
(8/03)

# United States District Court

for

Middle District of Alabama

## Petition for Warrant/Summons and Report for Defendant Under Pretrial Release Supervision

RECEIVED
2007 JUL 13  P 2: 05

Name of Defendant: Jonathan Keith Thomas

Name of Releasing Judicial Officer: Terry F. Moorer

Case Number: 2:07CR04-MHT

Date of Release: February 12, 2007

Original Offense: Convicted Felon in Possession of a Firearm

Type of Release: pretrial release pending sentencing

Date of Next Court Appearance: August 31, 2007 (sentencing)

Conditions of Release: obtain or maintain employment; travel is restricted to the Middle District of Alabama; Participate in Mental Health Treatment as directed; do not possess a firearm; refrain from excessive use of alcohol; refrain from any use or unlawful possession of a controlled substance and submit to any method of substance abuse testing; report any contact with law enforcement; refrain from any possession of drug paraphernalia and follow all instructions of the probation officer.

Assistant U.S. Attorney: Kent B. Brunson

Defense Attorney: Donnie W. Bethel

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the defendant has violated the following condition(s) of release:

| Violation Number | Nature of Noncompliance |
|---|---|
| (w): Follow all instructions of the probation officer. | The defendant was given instructions to reside with mother in Anniston, AL. On June 29, 2007, this officer learned that the defendant is no longer residing with his mother in Anniston, AL. The defendant's whereabouts at this time are unknown. |

Supervision history of defendant and actions taken by officer: On February 12, 2007, the defendant was released in this district under pretrial supervision. Upon his release, the defendant was residing with his girlfriend in Montgomery, AL. On February 16, 2007, the defendant called stating that he and his girlfriend were not getting along and that he needed to move out. Under the circumstances, the defendant was allowed to move to Anniston, AL., to reside with his mother until he could secure another residence in Montgomery, AL. The defendant underwent a mental health assessment on March 19, 2007, and it was determined that the defendant was not in need of counseling, and that he was able to obtain employment. On April 3, 2007, the defendant advised that he was not able to find a suitable residence locally, therefore, he would be returning to Anniston, AL., to reside with his mother. After several attempts by the U. S. Probation Office in the Northern District of Alabama to verify his residence in their district, it was learned that the defendant had returned to the Middle District of Alabama. However, the defendant has not notified this officer that he is no longer residing in the Northern District of Alabama and his whereabouts are currently unknown.

(8/03)

2

U.S. Probation Officer Recommendation:

[X]   The term of release should be:
    [X]   revoked.

[ ]   The conditions of supervision should be modified as follows:

Respectfully submitted,

by *[signature]*

Tamara C. Martin
U.S. Probation Officer
Date: July 13, 2007

Reviewed and approved: *Sandra B. Wood*
Supervisory U.S. Probation Officer

THE COURT ORDERS:

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*[signature]*
Signature of Judicial Officer

July 16, 2007
/Date