IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 2:07cr04-MHT |
| ) | |
| JONATHAN KEITH THOMAS ) | |

## ORDER

A bond hearing was held July 23, 2007 for defendant JONATHAN KEITH THOMAS. For good cause, it is

ORDERED that the conditions of defendant's release be modified as follows:

1. Defendant may be released to live with his Aunt in Montgomery, AL under house arrest after verification by the Probation Officer that said aunt will allow the defendant to stay at residence.

2. The Probation Office will supervise the defendant by electronic monitoring.

3. Defendant may not leave the premises of the aunt's resident without permission from the Court for anything except emergency medical appointment, to meet with his attorney or to meet with the probation officer.

Done this 24th day of July, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE