IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.: 2:07cr04-MHT |
| | ) | |
| JONATHAN KEITH THOMAS | ) | |

## **ORDER**

A bond hearing was held July 23, 2007, for Defendant, JONATHAN KEITH THOMAS. The Court entered an Order (Doc. #32) providing that the conditions of Defendant's release would be modified as follows:

1. Defendant may be released to live with his Aunt in Montgomery, AL under house arrest after verification by the Probation Officer that said Aunt will allow Defendant to stay at residence.

2. The Probation Office will supervise Defendant by tether.

3. Defendant may not leave the premises of the Aunt's resident without permission from the Court for anything except emergency medical appointment, to meet with his attorney or to meet with the probation officer.

Defendant's Aunt, however, declined to allow him to reside with her. Accordingly, it is

ORDERED that the Court's Order of July 24, 2007, (Doc. #32) is AMENDED as provided below. It is further

ORDERED that Defendant shall remain in the custody of U.S. Marshal Service

pending Sentencing set before the Honorable Myron H. Thompson on August 31, 2007. Any opposition to this Order shall be filed **on or before August 6, 2007**, at which time the Court will set a hearing on the matter.

    DONE this 30th day of July, 2007.

                                       /s/ Wallace Capel, Jr.
                                       WALLACE CAPEL, JR.
                                       UNITED STATES MAGISTRATE JUDGE