IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.   2:07cr04-MHT |
| | ) | |
| JONATHAN KEITH THOMAS | ) | |

**MOTION TO CONTINUE SENTENCING**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court to continue the sentencing of the above styled case scheduled for August 31, 2007, and as grounds would show unto the court the following:

1. The undersigned Assistant United States Attorney has a work related out of town conflict that existed prior to the court setting the sentencing in the above styled matter that will not allow him to be present on the date selected by the court unless the undersigned cancels his attendance at the out of town event.

2. The out of town conflict is the United States Attorney's Statewide LECC Conference and said date cannot be moved as hundreds of people are already attending.

3. Counsel for Jonathan Keith Thomas has been contacted and has no objection to a continuance.

WHEREFORE, premises considered, the United States respectfully requests that this Honorable Court continue the sentencing in the above-styled case.

Respectfully submitted on this 20th day of August, 2007.

                              LEURA G. CANARY
                              UNITED STATES ATTORNEY

                              /s/Kent B. Brunson
                              KENT B. BRUNSON
                              131 Clayton Street
                              Montgomery, AL 36104
                              Phone: (334)223-7280
                              Fax: (334)223-7135
                              E-mail: kent.brunson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:07cr04-MHT |
| ) | |
| JONATHAN KEITH THOMAS ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 20, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Donnie Wayne Bethel, Esq.

                                    Respectfully submitted,

                                    /s/Kent B. Brunson
                                    KENT B. BRUNSON
                                    131 Clayton Street
                                    Montgomery, AL 36104
                                    Phone: (334)223-7280
                                    Fax: (334)223-7135
                                    E-mail: kent.brunson@usdoj.gov