IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )
        v.                    )  CRIMINAL ACTION NO.
                              )    2:07cr04-MHT
JONATHAN KEITH THOMAS         )
```

ORDER

It is ORDERED as follows:

(1) The government's motion to continue sentencing (doc. no. 34) is granted.

(2) Sentencing for defendant Jonathan Keith Thomas, currently set for August 31, 2007, is reset for September 25, 2007, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE, this the 20th day of August, 2007.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE