IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 2:07cr4-MHT |
| JONATHAN KEITH THOMAS | ) | |

<u>ORDER</u>

It is ORDERED that the sentencing for defendant Jonathan Keith Thomas shall resume on October 17, 2007, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 27th day of September, 2006.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE