### IN THE DISTRICT COURT OF THE UNITED STATES
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr04-MHT |
| | ) | |
| JONATHAN KEITH THOMAS | ) | |

### UNITED STATES' MOTION TO DISMISS INDICTMENT

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and as grounds for the Motion to Dismiss Indictment, the following is submitted:

Pursuant to the plea agreement in the above styled cause, the United States agreed to dismiss the Indictment against Jonathan Keith Thomas after he was sentenced. The United States now moves that the Indictment be dismissed since Thomas was sentenced October 17, 2007, on an Information.

Respectfully submitted on this 19th day of October , 2007.

LAURA G. CANARY
UNITED STATES ATTORNEY


/s/Kent B. Brunson
KENT B. BRUNSON
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: kent.brunson@usdoj.gov

**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **v.** | **)** | **CR. NO. 2:07cr04-MET** |
| | **)** | |
| **JONATHAN KEITH THOMAS** | **)** | |

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on October 19, 2007, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system which will send notification of such filing to the

following: Donnie Wayne Bethel, Esquire.

Respectfully submitted,

/s/Kent B. Brunson
KENT B. BRUNSON
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: kent.brunson@usdoj.gov

2

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr04-MHT |
| | ) | |
| JONATHAN KEITH THOMAS | ) | |

O R D E R

Upon consideration of the Motion for Leave to Dismiss Indictment heretofore

filed in the above styled cause, and for good cause shown, the Court is of the opinion that

the motion should be and the same hereby is granted.  It is, therefore, CONSIDERED,

ORDERED, ADJUDGED and DECREED by the Court that said motion be and the same

is hereby granted.

DONE this _____day of October, 2007.

_____
UNITED STATES DISTRICT JUDGE