IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr04-MHT |
| | ) | |
| JONATHAN KEITH THOMAS | ) | |

O R D E R

Upon consideration of the Motion for Leave to Dismiss Indictment (doc. no. 40) heretofore filed in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore,

CONSIDERED, ORDERED, ADJUDGED and DECREED by the Court that said motion be and the same is hereby granted.

DONE this 22nd day of October, 2007.

                                                        /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE