

| | |
|---|---|
| **Mary Marshall**/CA11/11/USCOURTS<br>01/18/2008 01:17 PM | To  Yolanda Williams/ALMD/11/USCOURTS@USCOURTS<br>cc  Donna Norfleet/ALMD/11/USCOURTS@USCOURTS, Shirley M Brown/CA11/11/USCOURTS@USCOURTS<br>bcc<br>Subject  07-15020-AA (DC: 2:07-00004 CR T N) |

CA11# 07-15020-AA
USA v. Jonathan Keith Thomas
MAL: 2:07-00004 CR T N
----------------------------------------

ROA request

Thanks