## UNITED STATES DISTRICT COURT

### MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

**DEBRA P. HACKETT**  
   CLERK

**TELEPHONE**  
(334) 954-3610

January 18, 2008

Mr. Thomas K. Kahn, Clerk  
United States Court of Appeals, Eleventh Circuit  
56 Forsyth Street, NW  
Atlanta, GA  30303

USDC No. CR-07-T-00004-N

USCA No. 07-15020-AA

IN RE: USA VS. JONATHAN KEITH THOMAS

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.
___Certified copy of Notice of Appeal, docket entries.  Judgment and Opinion/Order appealed from enclosed.  If Opinion/Order was oral, please check box. [ ]
___First Notice of Appeal:___Yes,__ No  Date(s) of Other Notices:_____
Was there a hearing from which a transcript could be made:
___Yes, The Court Reporter(s) is/are:
__No                    Date of Hearing(s):_____
THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.):_____
____ IFP_; and/or APPEALABILITY/CPC is pending in this Court.
___Court Appointed Counsel/CJA; ___Yes; ___No;  Copy of Order Enclosed:
___The Appellate docket fee has been paid _Yes,__No:_____Date , Receipt#_____
___Appellant has been  ___GRANTED;_DENIED IFP, Copy of Oder enclosed.
___Appellant has been  ___GRANTED;_DENIED CPC/APPEALABILITY, Copy of Order enclosed.
___Appeal Bond, ____ Supersedeas Bond
_X_ The District Judge or Magistrate Judge appealed from is Hon: **MYRON H. THOMPSON**
This is an appeal from a bankruptcy order; Bankruptcy Judge: _____
___This is a DEATH PENALTY appeal.

Certified record on appeal consisting of:
        _1_ Volume(s) of Pleadings, _2_ Volume(s) of Transcripts,
       _X__ SEALED ITEMS, ie. _1__ PSI(s)____; OTHER____; TAPE(s)__
        __ Exhibits:____Envelope
       ___Volume (s) of Original Papers

cc:

Sincerely,

**DEBRA P. HACKETT, CLERK**

By: Yolanda Williams  
    Deputy Clerk