IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


UNITED STATES OF AMERICA      )
                              )
     v.                       )    CRIMINAL ACTION NO.
                              )       2:07cr4-MHT
JONATHAN KEITH THOMAS         )

                            ORDER

Upon consideration of the opinion of the United

States Court of Appeals for the Eleventh Circuit entered

on May 28, 2008(Doc. No. 55), affirming the judgment of

conviction and sentence pronounced in this case as to

defendant Jonathan Keith Thomas on October 17, 2007, and

entered on October 19, 2007 (Doc. no. 43), and the

mandate of the United States Court of Appeals for the

Eleventh Circuit issued on June 26, 2008, and received in

the office of the clerk of this court on June 26, 2008

(Doc. no. 55), it is the ORDER, JUDGMENT, and DECREE of

the court that the judgment of conviction and sentence

pronounced upon defendant Jonathan Keith Thomas on

October 17, 2007, and entered on October 19, 2007 (Doc.

no. 43), is continued in full force and effect.

DONE, this the 27th day of June, 2008.


        /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE