IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:07cr4-MHT** |
| | ) | **(WO)** |
| **JONATHAN KEITH THOMAS** | ) | |

### ORDER

By agreement of the parties and based on the representations made on the record on April 16, 2015, it is ORDERED as follows:

(1) The court concurs with the noncompliance summary (doc. no. 83).

(2) The conditions of supervised release for defendant Jonathan Keith Thomas are modified to add this one: Defendant Thomas is to have no contact, direct or indirect, with Valerie Kellum.  This includes but is not limited to the following: Defendant Thomas shall not telephone her, and, if she should call him, he must not say anything back to her.  Defendant Thomas shall not email or text her or otherwise contact her by

electronic means, and if she should attempt to contact him by electronic means, he should not respond at all. Defendant Thomas shall not see her, and, if, she should attempt to see him, he must not say anything to her or otherwise respond to her either verbally or physically. If she appears at his court proceedings, or if by chance he sees her elsewhere, he must not talk to her, approach her, or respond to her verbally or physically.

It is further ORDERED that the probation officer is to read this order to defendant Thomas to ensure that he understands.

DONE, this the 16th day of April, 2015.

                                               /s/ Myron H. Thompson
                                              **UNITED STATES DISTRICT JUDGE**